```
                                                                    FILED
                                                                 November 4, 2011
              UNITED STATES DISTRICT COURT FOR THE
                                                              CLERK, US DISTRICT COURT
                                                              EASTERN DISTRICT OF
                EASTERN DISTRICT OF CALIFORNIA                      CALIFORNIA
                                                                    DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                                 )    Case No. 2:11-cr-00467-LKK
       Plaintiff,                )
v.                                    )
                                 )    ORDER FOR RELEASE OF
KRISTINE ATOYAN,            )    PERSON IN CUSTODY
       Defendant.             )
_____ )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release KRISTINE ATOYAN, Case No. 2:11-cr-00467-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of: $100,000.00.

              _X_    Co-Signed Unsecured Appearance Bond

              ____    Secured Appearance Bond

              _X_    (Other) <u>Conditions as stated on the record.</u>

              ____    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>11/04/2011</u>  at  <u>3:11 p.m.</u>

                                                               By /s/ Garland E. Burrell, Jr.
                                                                    Garland E. Burrell, Jr.
                                                                    United States District Judge