KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Kristine Atoyan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>Kristine Atoyan<br><br>      Defendant. | Case No.: 11-cr-0467 JAM<br><br>ORDER WAIVING DEFENDANT'S PRESENCE |

Good cause appearing, pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the court hereby waives the presence of defendant Kristine Atoyan as set forth in the Waiver of Appearance filed by defense dated December 1, 2011.

DATED: 12/5/2011

/s/ John A. Mendez
Honorable John A. Mendez
U. S. District Court Judge

1

ORDER WAIVING DEFENDANT'S PRESENCE

PDF created with pdfFactory trial version www.pdffactory.com