Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
KRISTINE ATOYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KRISTINE ATOYAN,<br><br>        Defendant. | Case No. 2:11-CR-00467-JAM<br><br>**STIPULATION AND ORDER** |

Kristine Atoyan was indicted in 2011.  As a condition of her pre-trial release she was required to relinquish control of her passport.  On October 1, 2013 the Government moved to dismiss the charges against Kristine Atoyan.  Ms. Atoyan now seeks the return of her passport.

The parties hereby stipulate that, in light of the dismissal in the above captioned case, Ms. Atoyan's passport should be returned to her and request this court order Pre-Trial Services and the Clerk's office to return Ms. Atoyan's passport.

///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER                    1                    [Case No. 2:11-CR-0467-JAM]

Dated: October 2, 2013.        BARTH TOZER & DALY LLP

                               By     /s/ Kresta Nora Daly
                                  KRESTA NORA DALY
                               Attorneys for KRISTINE ATOYAN


Dated: October 2, 2013.        By     /s/ Kresta Nora Daly
                                  LEE BICKLEY
                                  Assistant United States Attorney


**O R D E R**

**GOOD CAUSE APPEARING,** Pre-Trial Services and the Clerk's office are ordered to return Kristine Atoyan's passport**.** The passport may be released either to Kristine Atoyan or her counsel, Kresta Nora Daly.

Dated:   10/3/2013

                               /s/ John A. Mendez
                               HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE